IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANA GRAY,

        Plaintiff,        CV F 08 0294 LJO WMW PC

  vs.                      ORDER

DEBORAH PATRICK, et al.,

        Defendants.

      On April 8, 2008, findings and recommendations were entered, recommending dismissal of this action for Plaintiff's failure to file an application to proceed in forma pauperis.  On April 21, 2008, Plaintiff filed objections to the findings and recommendations.  On May 9, 2008, Plaintiff filed her trust account statement.

      Accordingly, IT IS HEREBY ORDERED that the April 8, 2008, recommendation of dismissal is vacated.

IT IS SO ORDERED.

**Dated:  May 29, 2008**            **/s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE